UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA SILVA,<br><br>    Plaintiff,<br><br>    v.<br><br>SOLANO COUNTY, et al.,<br><br>    Defendants. | No. 2:13-cv-02165-MCE-EFB<br><br><br>**ORDER** |

On October 30, 2014, this Court granted in part and denied in part with leave to amend Defendants' Motion to Dismiss, ECF No. 17. Order, October 30, 2014, ECF No. 23. Plaintiff was given an opportunity to file an amended Complaint and was instructed that the failure to timely file a Second Amended Complaint would result, without further notice, in the dismissal of the defamation claim with prejudice. See id. Plaintiff failed to file an amended Complaint within the time permitted. Therefore, Plaintiff's defamation claim is DISMISSED WITH PREJUDICE.

Defendants are ordered to respond to Plaintiff's First Amended Complaint, ECF No. 16, within fourteen (14) days of the electronic filing of this Order. In addition, within thirty (30) days of the electronic filing of this Order, all parties are ordered to prepare and submit to the Court one consolidated joint status report that includes a Rule 26(f) discovery plan, as well as the other information required by this Court's October 18,

2013 Order Requiring Joint Status Report.  See ECF No. 5 at 2-3.  Upon receipt of that status report, the Court will issue a Pretrial Scheduling Order.

      IT IS SO ORDERED.

Dated:  November 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT