**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Attorneys for defendants
SOLANO COUNTY,
DEBBIE TERRY-BUTLER and ROXANNE MARTIN

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA SILVA | No. 2:13-cv-02165 MCE EFB |
| Plaintiff, | |
| vs. | **ORDER** |
| SOLANO COUNTY, et al. | |
| Defendants. | |

Pursuant to the parties' signed stipulation (ECF No. 31), this action is DISMISSED, with prejudice, each side to bear its own costs and attorney's fees.  The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:  August 31, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1